CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 10 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| HASSAN RAASHANN SHABAZZ, | ) | Civil Action No. 7:15-cv-00421 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JOHN A. WOODSON, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ADJUDGED and ORDERED

that the amended complaint is **DISMISSED** for failing to state a claim upon which relief may be

granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active

docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Plaintiff.

**ENTER**: This 10th day of December, 2015.

Senior United States District Judge